1.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| LAURIE SCHMEHL, )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>US AIRWAYS, INC., )<br>) | **Case No. 3:11-cv-00183-GCM** |

Defendant.

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Seal Documents [doc. 23] and for good cause shown, it is hereby ORDERED that Plaintiff is allowed to file the following documents under seal:

1. Exhibit AA- Plaintiff's Medical Records –This exhibit contains certain and selected of Plaintiff's Medical Records.

IT IS SO ORDERED.

Signed: March 13, 2012

_Graham C. Mullen_
Graham C. Mullen
United States District Judge

SEALED DOCUMENT with access to All Parties/Defendants