IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-183-GCM

| | |
|---|---|
| LAURIE SCHMEHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| US AIRWAYS, INC., ) | |
| ) | |
| Defendant ) | |

THIS MATTER IS BEFORE THE COURT UPON ITS OWN MOTION. Due to the Motion for Summary Judgement pending in the above captioned case, the trial in this matter is RE-SET for September 10, 2012 in Courtroom #3.

IT IS SO ORDERED.

Signed: May 1, 2012

Graham C. Mullen
United States District Judge

**Signed: July 28, 2005**

Graham C. Mullen
Chief United States District Judge