## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11-cv-183-GCM

LAURIE SCHMEHL,                     )
                                    )
                    Plaintiff,      )
                                    )          **ORDER**
        v.                          )
                                    )
US AIRWAYS, INC.,                   )
                                    )
                    Defendant       )
_____     )

        THIS MATTER IS BEFORE THE COURT UPON ITS OWN MOTION.  Due to the
Motion for Summary Judgement pending in the above captioned case, the trial in this matter is
RE-SET for September 10, 2012 in Courtroom #3.


        IT IS SO ORDERED.

                                Signed: May 1, 2012

                                *Graham C. Mullen*

                                Graham C. Mullen
                                United States District Judge

**Signed: July 28, 2005**

Graham C. Mullen
Chief United States District Judge