IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-183-GCM

| LAURIE SCHMEHL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| US AIRWAYS, INC., | ) | |
| Defendant | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Due to the Motion for Summary Judgment pending in the above captioned case, the trial in this matter is RE-SET for October 15, 2012 in Courtroom #3.

IT IS SO ORDERED.

Signed: July 19, 2012

Graham C. Mullen
United States District Judge

**Signed: July 28, 2005**

Graham C. Mullen
Chief United States District Judge