IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV183

| | |
|---|---|
| LAURIE SCHMEHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| US AIRWAYS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon Plaintiff's Motion to Compel and Defendant's Motion for Summary Judgment. A hearing was held on these matters on August 30, 2012. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel is hereby DENIED and Defendant's Motion for Summary Judgment is hereby GRANTED.

Signed: August 30, 2012

Graham C. Mullen
United States District Judge