# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Laurie Schmehl,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                3:11cv183

US Airway Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/30/2012 Order.

                                               Signed: August 30, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court